Assessments of the City of New York, Respondents. (Taxes for 1933, 1934, 1935, 1936, 1937, 1938 and 1939 [first half], 1939 [second half] and 1940 [first half], and 1940 [second half] and 1941 [first half].) —

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HALL & RUCKEL, Respondent, v. RICHARD ULMER, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. REALTY ASSOCIATES SECURITIES CORPORATION, Appellant-Respondent, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. (1681 Broadway, New York City, Section 4, Block 1024, Lot 46, Years 1940–1941, 1941–1942.)

Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

GROMBACH PRODUCTIONS, INC., Appellant, v. FRED C. WARING et al., Respondents, et al., Defendants.—

Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

LOUIS NIZER, Respondent, v. LEONARD WARENOFF, Appellant.—

Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.; Untermyer, J., concurs in the result upon the ground that regardless of other consideration the first cause of action is sufficient and that accordingly the defendant's motion addressed to the entire complaint was properly denied (*Eidlitz* v. *Fischbach & Moore, Inc.*, 239 App. Div. 483).

JULIA SOMMERFIELD, Respondent, v. FRANCIS SOMMERFIELD, Appellant.— No opinion. Present — Martin, P. J.,

Townley, Untermyer, Dore and Callahan, JJ.; Dore, J., dissents and votes to affirm.